USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ED O'GARA, Individually And On Behalf of  )
All Others Similarly Situated,             )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )   No. 09 Civ. 6199 (SHS)
                                           )
JPMORGAN CHASE & CO. & J.P.                )
MORGAN SECURITIES INC.,                    )
                                           )
        Defendants.                        )
                                           )

## [PROPOSED] ORDER APPOINTING ED O'GARA AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL

Upon consideration of the motion and supporting papers filed by the movant for lead plaintiff in the above-captioned action and for good cause shown, *and no opposition having been filed,*

**IT IS HEREBY ORDERED THAT:**

1. The Motion of Ed O'Gara for Appointment as Lead Plaintiff and Approval of Selection of Counsel is **GRANTED**;

2. Ed O'Gara is hereby **APPOINTED** to serve as Lead Plaintiff in the consolidated action, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

3. The law firm of Stueve Siegel Hanson LLP is hereby **APPOINTED** to serve as Lead Counsel for the Class, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

**SO ORDERED.**

*Nov 16, 2009*

*[signature]*
*USDJ*

1