```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ED O'GARA, individually and on behalf of all  :  09 Civ. 6199 (SHS)
others similarly situated,
                                               :
                Plaintiff,
                                               :
        -against-                                 ORDER
                                               :
JP MORGAN CHASE & CO., *ET ANO*,
                                               :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

   IT IS HEREBY ORDERED that defendants' motion to dismiss the first amended class action complaint [doc. no. 22] is dismissed without prejudice to renew after determination of the motion before the U.S. Judicial Panel on Multidistrict Litigation to transfer this case to another jurisdiction.

Dated: New York, New York
       March 12, 2010

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.